AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

One: 36 C.F.R. § 2.32(a)(1) – Interfering with Agency Function (Class B Misdemeanor)
Two: 36 C.F.R. § 2.31(a)(3) – Vandalism (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Counts One and Two: Max. 6 months imprisonment, Max. $5,000 fine, Max. 5 years probation, $10 mandatory special assessment fee.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2020 FEB 18  P 3:30
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA. SF

DEFENDANT - U.S.
▶ ALVARO BARRIENTOS GUARDADO

DISTRICT COURT NUMBER
CR 20 0079 MAG

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DENISE M. OKI

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed
DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
                                SAN FRANCISCO DIVISION
10
                                                )   CASE NO.   CR 20 0079 MAG
11                                              )
   UNITED STATES OF AMERICA,                    )
12                                              )   VIOLATIONS:
         Plaintiff,                             )
13                                              )   36 C.F.R. § 2.32(a)(1) – Interfering with Agency
      v.                                        )   Function;
14                                              )   36 C.F.R. § 2.31(a)(3) – Vandalism
   ALVARO BARRIENTOS GUARDADO,                  )
15                                              )   SAN FRANCISCO VENUE
         Defendant.                             )
16                                              )
                                                )
17                                              )
   _____         )
18
19
20                                  I N F O R M A T I O N
21  The United States Attorney charges:
22  COUNT ONE: (36 C.F.R. § 2.32(a)(1) – Interfering with Agency Function)
23       On or about April 28, 2018, within the Golden Gate National Recreation Area of the Northern
24  District of California, the defendant,
25                            ALVARO BARRIENTOS GUARDADO,
26  threatened, resisted, intimidated, and intentionally interfered with a government employee, specifically
27  National Park Service Ranger J.S., while he was engaged in an official duty, in violation of Title 36 of
28  the Code of Federal Regulation, Section 2.32(a)(1), a Class B Misdemeanor.

INFORMATION

COUNT TWO: (36 C.F.R. § 2.31(a)(3) – Vandalism)

On or about April 28, 2018, within the Golden Gate National Recreation Area of the Northern District of California, the defendant,

ALVARO BARRIENTOS GUARDADO,

destroyed, injured, defaced, and damaged property, specifically Battery Chester near West Fort Miley, in violation of Title 36 of the Code of Federal Regulations Section 2.31(a)(3), a Class B Misdemeanor.

DATED: *February 18, 2020*

DAVID L. ANDERSON
United States Attorney

*/s/ Denise Oki*
DENISE M. OKI
Special Assistant United States Attorney

INFORMATION